**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS SAUNDERS, Individually and d/b/a SAUNDERS TRANSPORT, LLC, an Illinois corporation not in good standing STANDING <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No.: 2022 C 2359 <br><br> Judge Robert M. Dow, Jr. <br><br> Magistrate Judge Cummings |

**MOTION FOR JUDGMENT IN SUM CERTAIN**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF

NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney,

JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP and pursuant to FRCP 55 move for

judgment in sum certain as stated in this Motion and the supporting Affidavits attached

hereto. In support of its Motion, Plaintiffs state as follows:

1.      Suit was filed on May 5, 2022 for collection of delinquent contributions

plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2.      Service was made upon THOMAS SAUNDERS, Individually and d/b/a

SAUNDERS TRANSPORT, LLC., an Illinois corporation not in good standing on May 8,

2022.

3.      Defendant is now in default on the Complaint and as supported by the

attached Affidavits the sums due are:

$5,648.77  Welfare
$3,704.20  Pension
$1,250.00  Attorneys fees
  $402.00  Filing Fee
   $75.00  Reliant Services (Service of Process)
$11,079.97

WHEREFORE, Plaintiffs pray for:

1.    Entry of judgment against Defendant, THOMAS SAUNDERS, Individually

and d/b/a SAUNDERS TRANSPORT, LLC., an Illinois corporation not in good standing,

and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF

NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of

$11,079.97.

> TRUSTEES OF THE SUBURBAN TEAMSTERS
> OF NORTHERN ILLINOIS PENSION AND
> WELFARE FUNDS
>
> s/John J. Toomey
> ARNOLD AND KADJAN, LLP
> 35 E. Wacker Drive, Suite 600
> Chicago, IL 60601
> Telephone No.:  (312) 236-0415
> Facsimile No.:   (312) 341-0438
> Dated:  May 31, 2022